# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>**Plaintiff**<br><br>v.<br><br>SHANNON MEZIERE,<br><br>**Defendant** | CASE NO. 1:12-CR-0237 AWI<br><br>**ORDER REGARDING SENTENCE REDUCTION UNDER 18 U.S.C. § 3621(e)(2)(B)**<br><br>(Doc. No. 41) |

On August 25, 2014, following a change of plea, the Court sentenced Defendant to a total concurrent sentence of 150 months imprisonment and 48 months supervised release for violations of 21 U.S.C. § 841(a)(1) (distribution of methamphetamine), 26 U.S.C. § 5861(d) (possession of an unregistered firearm), and 18 U.S.C. § 922(g)(1) (felon in possession of a firearm).[1] See Doc. Nos. 35, 36. On June 23, 2016, pursuant to a stipulation, Defendant's total sentence was reduced to 120 months pursuant to 18 U.S.C. § 3582(c)(2). See Doc. Nos. 39, 40.

On February 25, 2019, the Court received a letter from Defendant. See Doc. No. 41. The letter states that Defendant has completed the 10-month 500-hour Residential Drug Abuse Program, but he has been informed by the Drug Abuse Coordinator and the Warden of his prison in New Mexico that he will not receive any reduction in his sentence under 18 U.S.C. § 3621(e)(2)(B). See id. Defendant seeks the Court's aid in getting the Bureau of Prisons to follow the sentence imposed and give him a reduction under § 3621(e).

---

[1] Defendant received a sentence of 150 months for the § 841 violation, and 120 months for the § 5861 and § 922 violations.

Defendant does not cite any statutory or other basis for this Court to act on his request. The Bureau of Prisons has the discretion to grant early release under § 3621(e)(2)(B). See 18 U.S.C. § 3621(e)(2)(B); Reeb v. Thomas, 636 F.3d 1224, 1228 n.4 (9th Cir. 2011); Fristoe v. Thompson, 144 F.3d 627, 630 (10th Cir. 1998). That discretion does not create a federally protected liberty interest. See Reeb, 636 F.3d at 1228 n.4; Fristoe, 144 F.3d at 630. More importantly, the Ninth Circuit has held that "federal courts lack jurisdiction to review the [Bureau of Prison's] individualized RDAP determinations made pursuant to 18 U.S.C. § 3621." Reeb v. Thomas, 636 F.3d 1224, 1228 (9th Cir. 2011). Therefore, the Court is without jurisdiction to act on Defendant's request.

**ORDER**

Accordingly, due to lack of jurisdiction, the Court DENIES the Defendant's request regarding early release under 18 U.S.C. § 3621(e).

IT IS SO ORDERED.

Dated:  March 1, 2019    _____
                                           SENIOR DISTRICT JUDGE