1  PHILLIP A. TALBERT
   United States Attorney
2  LAUREL J. MONTOYA
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile:  (559) 497-4099
5

6  Attorneys for Plaintiff
   United States of America
7

8
                    IN THE UNITED STATES DISTRICT COURT
9
                      EASTERN DISTRICT OF CALIFORNIA
10

11 UNITED STATES OF AMERICA,              CASE NO.  1:12-CR-00237-JLT-SKO

12                        Plaintiff,      STIPULATION CONTINUING STATUS
                                          HEARING; ORDER
13             v.
                                          DATE: December 5, 2022
14 SHANNON MEZIERE,                       TIME: 2:00 p.m.
                                          COURT: Hon. Sheila K. Oberto
15                        Defendants.

16

17                             **STIPULATION**

18        Plaintiff United States of America, by and through its counsel of record, and defendant, by and

19 through defendant's counsel of record, hereby stipulate as follows:

20        1.      By previous order, this matter was set for status on December 5, 2022.

21        2.      By this stipulation, the government and defendant now moves to continue the status

22 hearing to December 14, 2022 at 2:00 pm before the Duty Magistrate.

23        3.      The parties agree and stipulate, and request that the Court find the following:

24        a)      The government has represented that the discovery associated with this case

25 includes investigative reports and photographs.  All of this discovery has been either produced

26 directly to counsel and/or made available for inspection and copying.  Additional voluminous

27 discovery was provided to defense counsel consisting of wiretap information within the last

28 several months.

   STIPULATION REGARDING EXCLUDABLE TIME          1
   PERIODS UNDER SPEEDY TRIAL ACT

1    b)    The parties need additional time to discuss potential resolution of this matter.

2    c)    Counsel for defendant believes that failure to grant the above-requested

3    continuance would deny him/her the reasonable time necessary for effective preparation, taking

4    into account the exercise of due diligence.

5    d)    The government agrees with the continuance request and does not object to the

6    continuance.

7    e)    Based on the above-stated findings, the ends of justice served by continuing the

8    case as requested outweigh the interest of the public and the defendant in a trial within the

9    original date prescribed by the Speedy Trial Act.   The parties agree that no time exclusion is

10    needed since this is a Supervised Release Violation.

11    f)    U. S. Probation Officer Chris Frausto is in agreement with the continuance

12    request and the proposed date.

13    IT IS SO STIPULATED.

14    Dated:  December 2, 2022                           PHILLIP A. TALBERT
                                                         United States Attorney
15
                                                         /s/ LAUREL J. MONTOYA
16                                                       LAUREL J. MONTOYA
                                                         Assistant United States Attorney
17

18    Dated:  December 2, 2022                           /s/ MICHAEL BERDINELLA
                                                         MICHAEL BERDINELLA
19                                                       Counsel for Defendant
                                                         SHANNON MEZIERE
20

21

22                                **FINDINGS AND ORDER**

23    For the reasons set forth in the parties' stipulation, the Court continues the status hearing to

24    December 14, 2022 at 2:00 pm before the Duty Magistrate Judge.
      IT IS SO ORDERED.

25

26    Dated:   __**December 2, 2022**__          /s/ _Erica P. Grosjean_
                                                 UNITED STATES MAGISTRATE JUDGE
27

28

STIPULATION REGARDING EXCLUDABLE TIME                    2
PERIODS UNDER SPEEDY TRIAL ACT