MICHAEL W. BERDINELLA, SBN: 085038
Law Office of Michael W. Berdinella
726 West Barstow, Suite 100
Fresno, CA 93704
Phone: (559) 436-8000
Fax:    (559) 436-8900

Attorney for Defendant,
Shannon Meziere

# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    vs.<br><br>SHANNON MEZIERE,<br><br>    Defendant. | Case No: 1:12-CR-00237-JLT-SKO<br><br>STIPULATION TO RESET FEBRUARY 6, 2023 SENTENCING HEARING TO FEBRUARY 21, 2023; AND ORDER<br><br>DATE: February 6, 2023<br>TIME: 10:00 a.m.<br>COURT: Hon. Jennifer L. Thurston |

## STIPULATION

The parties do hereby agree and do Stipulate to vacate the Sentencing Hearing Date of February 6, 2023 and do hereby request to have the matter heard before this Court on February 21, 2023 at 10:00 a.m. for Sentencing. Good cause exists, and this continuance is necessary to perform post-plea investigation.

IT IS SO STIPULATED.

Dated:   01/26/2023                                            __/s/ Michael W. Berdinella__
                                                                                Michael W. Berdinella
                                                                                Attorney for Shannon Meziere

**DEFENDANT'S MOTION TO REVOKED OR AMEND MAGISTRATE JUDGE'S ORDER** - 1

Dated: 01/26/2023         /s/ Laurel Montoya
                          Laurel Montoya
                          Assistant United States Attorney

## PROPOSED ORDER

**IT IS SO ORDERED** that by agreement of the parties, the Sentencing date of February 6, 2023 is hereby vacated and Sentencing is reset for February 21, 2023 at 10:00 a.m. before this Court.

IT IS SO ORDERED.

Dated:   **January 26, 2023**            _____
                                          UNITED STATES DISTRICT JUDGE