Michael W. Berdinella SB#085038
Law Office of Michael Berdinella
726 W. Barstow, Suite 100
Fresno, CA 93704
Telephone: 559-436-800
Facsimile: 559-436-8900

Attorney for Defendant Shannon Meziere

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SHANNON MEZIERE,<br><br>Defendant. | No. 1:12-CR-00237<br><br>**MOTION TO TERMINATE CJA APPOINTMENT OF MICHAEL W. BERDINELLA AS ATTORNEY OF RECORD AND ORDER** |

On 08/02/2012, Defendant Shannon Meziere was indicted on federal charges. CJA Panel Attorney Michael W. Berdinella was appointed as trial counsel to represent Mr. Shannon Meziere on 03/21/2022 in his Violation of Supervised Release. Mr. Meziere was sentenced pursuant to a Plea Agreement on 02/21/2023. Mr. Meziere was in custody at sentencing. Having completed his representation of Mr. Meziere, CJA attorney Michael W. Berdinella now moves to terminate his appointment under the Criminal Justice Act.

Should Mr. Meziere require further legal assistance he has been advised to contact the Office of the Federal Defender for the Eastern District of California by mail at 2300 Tulare Street, Suite 330, Fresno, CA 93721, or by phone at (559) 487-5561 (collect) or (855) 656-4360 (toll-free), which, if appropriate, will arrange for the re-appointment of counsel to assist her.

Dated: 04/03/2023                                Respectfully submitted,

 

Michael W. Berdinella
Attorney for Shannon Meziere

# [~~PROPOSED~~] ORDER

Having reviewed the notice and found that attorney Michael W. Berdinella has completed the services for which he was appointed, the Court hereby grants attorney Michael Berdinella's request for leave to withdraw as defense counsel in this matter.  Should Defendant seek further legal assistance, Defendant is advised to contact the Office of the Federal Defender for the Eastern District of California at 2300 Tulare Street, Suite 330, Fresno, CA 93721.  The phone number for the office is (559) 487-5561 (collect) or (855) 656-4360 (toll-free).  If appropriate, the office will arrange for the reappointment of counsel to assist Defendant.

The Clerk of Court is directed to serve a copy of this order on Defendant Shannon Meziere at the following address and to update the docket to reflect Defendant's pro se status and contact information.

Shannon Meziere
Federal Presentence Detention Center
JID# 69266097
611 Frontage Road
McFarland, CA 93250

IT IS SO ORDERED.

Dated:  **April 3, 2023**                                      /s/ Jennifer L. Thurston
UNITED STATES DISTRICT JUDGE