UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>SHANNON MEZIERE,<br><br>　　　　　　Defendant. | Case No. 1:12-cr-00237-JLT-BAM<br><br>**DETENTION ORDER**<br><br>(Violation of Supervised Release) |

　　The defendant having been arrested for alleged violation(s) of the terms and conditions of his supervised release; and

　　Having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.l(a)(6) and 18 U.S.C. § 3143(a), the Court finds that:

　　[X]　The defendant has not met defendant's burden of establishing by clear and convincing evidence that defendant is not likely to flee; and/or

　　[X]　The defendant has not met defendant's burden of establishing by clear and convincing evidence that defendant is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c).

IT IS SO ORDERED.

Dated:　**December 5, 2024**　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE