1 | MICHELE BECKWITH
Acting United States Attorney
2 | LUKE BATY
Assistant United States Attorney
3 | 2500 Tulare Street, Suite 4401
Fresno, CA 93721
4 | Telephone: (559) 497-4000
Facsimile: (559) 497-4099
5 |
6 | Attorneys for Plaintiff
United States of America
7 |
8 |
9 |           IN THE UNITED STATES DISTRICT COURT
              EASTERN DISTRICT OF CALIFORNIA
10 |
11 | UNITED STATES OF AMERICA,        CASE NO. 1:12-CR-00237-JLT-BAM
12 |                 Plaintiff,        STIPULATION AND [PROPOSED] ORDER TO
                                       CONTINUE STATUS CONFERENCE
13 |            v.
                                       DATE: February 5, 2025
14 | SHANNON MEZIERE,                  TIME: 2:00 P.M.
                                       COURT: Hon. Christopher D. Baker
15 |                 Defendant.
16 |
17 |                                **STIPULATION**
18 |    Plaintiff United States of America, by and through its counsel of record, and defendant, by and
19 | through defendant's counsel of record, hereby stipulate as follows:
20 |    1.   By previous order, this supervised release petition was set for a status conference on
21 | February 5, 2025.
22 |    2.   Defense counsel has received discovery and is need of additional time to review and
23 | discuss with the Defendant.
24 |    3.   By this stipulation, initiated by the Defense, the parties stipulate that the status
25 | conference may be continued to March 4, 2025, at 2:30 PM, to allow time for defense review of the
26 | discovery, to review and discuss an admission or denial allegations, and to have more informed
27 | settlement discussions. Because this case involves a pending supervised release petition, no exclusion of
28 | time is necessary.

1

IT IS SO STIPULATED.

///

///

Dated: February 3, 2025                         MICHELE BECKWITH
                                                Acting United States Attorney

                                                /s/ LUKE BATY
                                                LUKE BATY
                                                Assistant United States Attorney

Dated: February 3, 2025                         /s/ MAI SHAWWA
                                                MAI SHAWWA
                                                Counsel for Defendant
                                                SHANNON MEZIERE

**ORDER**

Based upon the stipulation and representations of the parties and for good cause shown, the Court orders the status conference be continued until March 4, 2025 at 2:30 PM.

IT IS SO ORDERED.

Dated:   **February 3, 2025**

UNITED STATES MAGISTRATE JUDGE

2