ERIC GRANT
United States Attorney
LUKE BATY
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>SHANNON MEZIERE,<br><br>  Defendant. | CASE NO. 1:12-CR-00237-JLT-BAM<br><br>STIPULATION AND ORDER TO CONTINUE SENTENCING<br><br>DATE: September 15, 2025<br>TIME: 9:00 A.M.<br>COURT: Hon. Jennifer L. Thurston |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this supervised release petition was set for sentencing on September 15, 2025.

2. Defense counsel is currently engaged in a trial in Kern County Superior Court. This trial is expected to last through September 15, 2025.

3. Defense counsel anticipates that she will be unable to appear on September 15, 2025 for sentencing in the above matter as a result of trial.

4. By this stipulation, initiated by the Defense, the parties stipulate that the sentencing may be continued to October 6, 2025, because of the scheduling conflict.  Because this case involves a pending supervised release petition, no exclusion of time is necessary.

1

IT IS SO STIPULATED.

///

///

Dated:  August 13, 2025                    ERIC GRANT
                                           Acting United States Attorney

                                           /s/ LUKE BATY
                                           LUKE BATY
                                           Assistant United States Attorney

Dated:  August 13, 2025                    /s/ MAI SHAWWA
                                           MAI SHAWWA
                                           Counsel for Defendant
                                           SHANNON MEZIERE

## FINDINGS AND ORDER

Based upon the stipulation and representations of the parties, the Court orders the sentencing be continued until October 6, 2025 at 9:00am.

IT IS SO ORDERED.

Dated:  **August 13, 2025**                 _____
                                            UNITED STATES DISTRICT JUDGE

2