1  MAI SHAWWA, BAR #236683
   Attorney at Law
2  1226 L Street
   Bakersfield, CA 93301
3  Telephone: (661) 348-4483

4
   Attorney for Defendant SHANNON MEZIERE
5

6

7
                    UNITED STATES DISTRICT COURT
8
                    EASTERN DISTRICT OF CALIFORNIA
9

10
   | UNITED STATES OF AMERICA, | No. 1:12-CR-00237-JLT-BAM |
   |---|---|
   | Plaintiff, | |
   | v. | **MOTION TO TERMINATE CJA APPOINTMENT OF MAI SHAWWA AS ATTORNEY OF RECORD AND ORDER** |
   | SHANNON MEZIERE, | |
   | Defendant. | |

18   On October 6, 2025, Defendant Shannon Meziere was charged with violating Supervision. CJA Panel Attorney Mai Shawwa was appointed as trial counsel to represent Mr. Shannon Meziere on December 5, 2024 in his criminal case. Mr. Meziere was sentenced pursuant to a plea agreement on October 6, 2025. The time for filing a direct appeal was October 6, 2025. No direct appeal was filed. Mr. Meziere was in custody at sentencing to the Bureau of Prisons as directed on October 6, 2025. The violation hearing of Mr. Shannon's criminal case has, therefore, come to an end. Having completed his representation of Mr. Shannon, CJA attorney Mai Shawwa now moves to terminate her appointment under the Criminal Justice Act.

   Should Mr. Shannon require further legal assistance he has been advised to contact the Office of the Federal Defender for the Eastern District of California by mail at 2300 Tulare Street,

Suite 330, Fresno, CA 93721, or by phone at (559) 487-5561 (collect) or (855) 656-4360 (toll-free), which, if appropriate, will arrange for the re-appointment of counsel to assist him/her.

Dated: October 28, 2025                                           Respectfully submitted,

                                                          /s/ *Mai Shawwa*
                                                          Mai Shawwa, Attorney for
                                                          Defendant, Shannon Meziere

## ORDER

Having reviewed the notice and found that attorney Mai Shawwa has completed the services for which she was appointed, the Court hereby grants attorney Mai Shawwa's request for leave to withdraw as defense counsel in this matter.  Should Defendant seek further legal assistance, Defendant is advised to contact the Office of the Federal Defender for the Eastern District of California at 2300 Tulare Street, Suite 330, Fresno, CA 93721.  The phone number for the office is (559) 487-5561 (collect) or (855) 656-4360 (toll-free).  If appropriate, the office will arrange for the reappointment of counsel to assist Defendant.

The Clerk of Court is directed to serve a copy of this order on Defendant Shannon Meziere at the following address and to update the docket to reflect Defendant's pro se status and contact information.

Shannon Meziere
Booking # 69266-097
Central Valley Modified Community Correctional Facility (Annex)
245 Taylor Ave
McFarland, CA 93250

IT IS SO ORDERED.

Dated:   **October 29, 2025**                                              /s/ Jennifer L. Thurston
                                                                                             UNITED STATES DISTRICT JUDGE